MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: natalie.lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 4:13-70863 MAG |
| | ) | |
| v. | ) | |
| | ) | PETITION FOR AND WRIT OF HABEAS |
| CRISTIAN FERNANDO QUINTERO | ) | CORPUS AD PROSEQUENDUM |
| FELIX, | ) | |
| Defendant. | ) | |
| | ) | |

TO:    The Honorable Kandis A. Westmore, United States Magistrate Judge of the United States

        District Court for the Northern District of California:

    The petition of Natalie Lee, Assistant United States Attorney for the Northern District of

California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum

for the person of prisoner CRISTIAN FERNANDO QUINTERO FELIX, whose place of custody

and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the

prisoner is required to appear in the above-entitled matter in this Court, and therefore petitioner

///

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 4: 13-70863-MAG

prays that this Court issue the Writ as presented.


DATED: August 28, 2013                    Respectfully Submitted,

                                          MELINDA HAAG
                                          United States Attorney


                                                /S/
                                          _____
                                          NATALIE LEE
                                          Assistant United States Attorney


**IT IS SO ORDERED.**


DATED: _____     _____
                                  THE HONORABLE KANDIS A. WESTMORE
                                  United States Magistrate Judge

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 4: 13-70863-MAG

<u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

TO:    DONALD M. O'KEEFE, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Warden for Santa Rita Jail, Dublin, California, and/or any California Department of Corrections facility:

<u>GREETINGS</u>

WE COMMAND that on September 12, 2013 at 9:30 a.m., or as soon thereafter as practicable, you have and produce the body of CRISTIAN FERNANDO QUINTERO FELIX (PFN BGO 034), in your custody in the above-mentioned institution, or any other California Department of Corrections Institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Kandis A. Westmore, United States Magistrate, 1301 Clay Street, Oakland, California 94612, on the third floor, in order that CRISTIAN FERNANDO QUINTERO FELIX may then appear for his initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Kandis A. Westmore, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: _____, 2013

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
      DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 4: 13-70863-MAG